COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Lowen Epineuva (J)#                    CASE NO: 00-4244-BSS

AUSA: Tom Lanigan  *present*                 ATTNY: _____

AGENT: _____                           VIOL: 18:371. 1951

PROCEEDING: Initial Appearance               BOND REC: PTD

BOND HEARING HELD - yes/no        COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

OCT 2

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
     ___ Electronic Monitoring _____

Δ- advised of charges
Δ- will hire an atty.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-26-00 | 11:00 | BSS | ✓ |
| PTD/BOND HEARING: | 10-30-00 | 10:00 | BSS | ✓ |
| PRELIM/ARRAIGN. or XXXXX: | 11-2-00 | 11L00am | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 10-23-00    TIME: 11:00am    TAPE # 00-07  PG # 6
2050-2396