## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: LOWEN ESPINEUVA (J) # 55515-004   CASE NO:   00-4244-BSS

AUSA:   TOM LANIGAN   / *Rosenbaum*   ATTY: _____

AGENT: _____   VIOL: _____

PROCEEDING:   INQUIRY RE COUNSEL   RECOMMENDED BOND:   PTD

BOND HEARING HELD - yes / no   COUNSEL APPOINTED:   *Barry Wax*

BOND SET @: _____   To be cosigned by: _____

- ❑ Do not violate any law.

- ❑ Appear in court as directed.

- ❑ Surrender and / or do not obtain passports / travel documents.

- ❑ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.

- ❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

- ❑ Maintain or seek full - time employment.

- ❑ No contact with victims / witnesses.

- ❑ No firearms.

- ❑ Curfew: _____

- ❑ Travel extended to: _____

- ❑ Halfway House _____

*deft unable to retain counsel sworn for appointment*

*CJA counsel to be (Barry Wax) appt'd*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 10/30 | 10 | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE.   10/26/00   TIME:   4:30 AM   FTL/LSS TAPE # 00 - 083   Begin: 58   End: 150