**COURT MINUTES**
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Lowen Espineuva (J)# | CASE NO: | 00-4244-BSS |
| AUSA: | Tom Lanigan *present* | ATTNY: | Barry Wax *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD Hearing | BOND REC: | |
| BOND HEARING HELD (yes)/no | | COUNSEL APPOINTED: | |

____ BOND SET @ ____

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House
    ____ Electronic Monitoring

Gov't exhibit #1 - injury to William
#2 - field contact card
#3 -

Agent sworn - Erik Miller
(exhibits ret'd to Lanigan)

PTD Ordered

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | FPD will file |
| PRELIM/ARRAIGN. OR REMOVAL: X | 11-2-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |
| DATE: 10-30-00 | TIME: 10:00am | TAPE # 00-086/087 | PG # 1 |

ends 12:20pm    2450-3696
00-087
1 - 1986