COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Lowen Espineuva (J)#     CASE NO: 00-6312-CR-NCR ~~00-4244-BSS~~

AUSA: Tom Lanigan  *present*     ATTNY: Barry Wax (FPD to stand in)

AGENT: _____     VIOL: _____

PROCEEDING: Prelim/Arraignment     BOND REC: _____

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____     2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not guilty plea entered
_____ requested
_____ Discovery Order requested

NEXT COURT APPEARANCE:  DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 11-17-00  11:00am  SNOW

DATE: 11-2-00   TIME: 11:00am   TAPE # 00-089   PG # 4
1525-1590

15