UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

2   2000   CASE NO.   00-6312-CR-Roettger

UNITED STATES OF AMERICA

vs

Lowen Espineuva

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on     11-2-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address:_____ In Custody _____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____ Barry Wax _____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____ Ordered Detained previously _____

Bond hearing held: yes_____   no____   Bond hearing set for_____

Dated this___2____day of ____November_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____
              Deputy Clerk

              Tape No.____00-089_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services