UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

     DEFENDANTS.
_____/

GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY
ORDER

    The United States of America, in response to the Standing
Discovery Order issued in this case file this second Supplemental
Response which is alphabetized and numbered to correspond to that
original order and states as follows:

    A.5. See enclosed audio tape of October 20, 2000 calls to
the Police 911 operator. See attached reports and releases from
West Side Medical Center. See attached Sprint PCS records for the
following telephone numbers:(954) 889-7619; (954) 729-5535 and
(954) 729-4614.

              Respectfully submitted,

              GUY A. LEWIS
              UNITED STATES ATTORNEY

By;_____
              Thomas P. Lanigan
              ASSISTANT UNITED STATES ATTORNEY


CERTIFICATE OF SERVICE


    I hereby certify that a copy of this Government's Response to
Standing Discovery Order was mailed this 21th day of November ,2000
to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave
Fort Lauderdale, FL and Barry Wax, Esq, 201 S/ Biscayne Blvd.
Miami, FL 33131
              _____
              Thomas P. Lanigan
              ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI

