NON-COMPLIANCE OF S.D. fla. L.R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6312-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LOWEN ESPINUEVA,

    Defendant.
_____/



FILED by ___ D.C.
DEC 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF ALIBI

The Defendant, **LOWEN ESPINUEVA**, by and through undersigned counsel, pursuant to Federal Rule of Criminal Procedure 12.1, hereby files this Notice of Alibi. In support the Defendant states:

1. At the time of the alleged offense, the Defendant was at his residence, located at 11401 N.W. 43rd Street, Apartment O-1, Coral Springs, Florida 33065.

2. The names and addresses of the witnesses upon whom the Defendant intends to rely to establish such alibi are:

    a.  Michael Mamuscia
        1555 N.W. 91st Street
        Apartment 821
        Coral Springs, Florida    33071

    b.  Dana Sampson
        7780 N.W. 78th Avenue
        Apartment 1-205
        Tamarac, Florida    33321





LAW OFFICES OF
BARRY M. WAX

201 South Biscayne Boulevard • Suite 1950 • Miami, Florida 33131 • Tel: (305) 373-4400 • Fax: (305) 373-6797 • E-Mail: barrywax@bellsouth.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to Thomas P. Lanigan, AUSA, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394 and Daryl Wilcox, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Fort Lauderdale, Florida 33301 this __30th__ day of November, 2000.

Respectfully submitted,

**LAW OFFICES OF BARRY M. WAX**
201 South Biscayne Boulevard
Suite 1950
Miami, Florida 33131
(305) 373-4400

BY: _____
Barry M. Wax
Florida Bar No. 509485

Alibi, Notice of

