UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

    DEFENDANTS.
_____/



GOVERNMENT'S THIRD SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this second Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

    A.5. See assorted enclosed photographs.

    A 6. See attached report of fluorescein examination of a grey Acura Integra bearing vehicle identification number JH4DA9346KL5007267 and florida license tag B78 DZJ. Also see FBI report of ballistic examination of the projectiles and firearms recovered in this case.

                          Respectfully submitted,

                          GUY A. LEWIS
                          UNITED STATES ATTORNEY

              By: _____
                  Thomas P. Lanigan
                  ASSISTANT UNITED STATES ATTORNEY

                    CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 13th day of December ,2000 to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq. 201 S. Biscayne Blvd. Miami, FL 33131

                  _____
                  Thomas P. Lanigan
            ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   11/06/2000

       On November 1, 2000, the following members of the Federal Bureau of Investigation (FBI), Miami Division Evidence Response Team (ERT) utilized fluorescein chemistry and a "Spex" alternate light source (ALS) set to the "CSS" setting to process a vehicle involved in the attempted robbery of an armored car:

       Special Agent (SA) Scott Henri' Hahn, ERT Coordinator
       SA Richard Lunn
       SA Renae McDermott
       SA David Grazer
       Photographer Cindy Doster

       Also present for this processing of the aforementioned vehicle was Supervisory SA Jeffery L. Leggitt from the FBI, Evidence Response Team Unit, Quantico, Virginia.

       The vehicle, a 1989, grey, Acura Integra bearing vehicle identification number (VIN) JH4DA9346KL5007267 and a Florida License plate of B78 DZJ was utilized as a "switch car" during the aforementioned armor car robbery. Two subjects were involved in the robbery, one being shot by one of the victim guards. Witnesses provided information that the uninjured subject then tried to clean the blood of the wounded subject out of the interior of this vehicle.

       Based on a request from the Assistant United States Attorney (AUSA) assigned to this case, the fluorescein technique was selected depict the attempt by the uninjured subject to remove the evidence of the other subject's blood as described above. The vehicle was processed in the secure Miami ERT vehicle bay. Visual (unenhanced) examination of the interior of this vehicle revealed what appeared to be blood spatter on the interior of the driver's side window and the base of the driver's side seat, next to the driver's side door. A wipe/smear pattern of unknown origin was evident on the passenger side window.

       Processing began at approximately 10:30 A.M., November 1, 2000. After proper mixing of reagents (per manufacturer's instructions), a test, away from the vehicle, was conducted by SSA Leggitt on known sample dilutions of human blood he had brought

---

Investigation on  11/06/2000  at  Miami, Florida

File # 192C-MM-96243, 308A-MM-63507, 308E-MM-NEW   Date dictated  11/06/2000

by  SA Scott Henri' Hahn:shh

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

3/2SHH 01.302

192C-MM-96243

Continuation of FD-302 of _____ , On 11/06/2000 , Page 2

with him. The fluorescein mixture responded positively (as viewed with the ALS) to this known sample.

At approximately 10:40 A.M., SA Hahn initiated spraying the interior of the aforementioned vehicle with the same solutions as utilized in the above referenced test of a known sample. Multiple positive reactions were noted as viewed with the ALS, including, but not limited to: the inside of the front passenger side window, the inside front passenger door panels, the front passenger visor, the parking break lever, and the passenger and driver seat upholstery.

Photographer Doster utilized thirty five millimeter film and a red 23A filter to capture the positive reactions of the fluorescein within the vehicle. These photographs were taken with the ALS providing illumination. Doster scribed the photographic log, which will be maintained in the 1A section of the substantive file.

Processing of the vehicle terminated at approximately 11:40 A.M. on November 1, 2000.

FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C. 20535

To: SAC, Miami
Attn: SA Erik C. Miller
Squad C-1

Date: December 12, 2000

Case ID No.: 192C-MM-96243-44
Lab No.: 001107013 KG

Reference: Communication dated November 1, 2000

Your No.:

Title: JERMAINE WILLIAMS;
LOWEN ESPINUEVA;
BRINKS @ CITIBANK,
2789 UNIVERSITY DRIVE,
CORAL SPRINGS, FLORIDA;
10/20/2000;
HOBBS ACT ROBBERY - ARMORED CARRIER

Date specimens received: November 7, 2000

Specimens:

| | |
|---|---|
| Q24-Q25 | Two (2) bullets (1B31, 1B32), recovered from vehicle |
| Q26 | Bullet (1B3), recovered from ATM |
| Q27-Q32 | Six (6) cartridge cases (1B9), from revolver |
| Q33 | Cartridge case (1B3), from ATM |
| Q34-Q36 | Three (3) shotshell cases (1B33), from vehicle |
| Q37-Q51 | Fifteen (15) shot pellets (1B5), from ATM area |
| Q52-Q55 | Four (4) shot pellets (1B7), from ATM area |
| Q56 | Shot pellet (1B27), from victim |

Page 1 of 2

This Report is Furnished for Official Use Only

FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C. 20535

## Report of Examination

Examiner Name: Douglas P. Murphy     Date: December 12, 2000

Unit: Firearms / Toolmarks     Phone No.: 202 324-4383

Case ID No.: 192C-MM-96243     Lab No.: 001107013 KG

**Results of Examinations:**

    Specimens Q24 and Q25 are .38 caliber hollow-point bullets which were identified as having been fired from the barrel of the K1 revolver.

    Specimen Q26 is a .38 caliber (which includes 9mm Makarov) full metal jacket bullet which was identified as having been fired from the barrel of the K2 pistol.

    Specimens Q27 through Q32 are .38 Special caliber cartridge cases bearing the headstamp of Speer and were identified as having been fired in the K1 revolver.

    Specimen Q33 is a 9mm Makarov cartridge case bearing the headstamp of Norinco (China) and was identified as having been fired in the K2 pistol.

    Specimens Q34 through Q36 are 12-gauge shotshell cases bearing the headstamp of Winchester and information indicating they were loaded with #2 (0.15 inch diameter) steel shot pellets. All three were identified as having been fired in the K3 shotgun.

    Specimens Q37 through Q56 are steel shot pellets that are approximately 0.15 inches in diameter (#2 shot).

    Specimens Q57 through Q59 are remnants of shotshell wadding that are physically consistent with those used in Winchester 12-gauge shotshells loaded with steel shot.

    Specimens Q60 through Q67 are .380 Auto caliber cartridges that are consistent in design with those produced by Magsafe.

    Specimens Q68 through Q70 are 12-gauge shotshells bearing the headstamp of Winchester and information indicating they are loaded with #2 (0.15 inch diameter) steel shot pellets. All three were identified as having been loaded into and extracted from the K3 shotgun.

    The K1 through K3 firearms functioned normally when tested in the Laboratory.

FTU - Page 1 of 1

This Report is Furnished for Official Use Only

| | |
|---|---|
| Q57-Q59 | Three (3) shotshell wad remnants (1B5) from ATM area |
| Q60-Q67 | Eight (8) cartridges (1B13), recovered with weapon |
| Q68-Q70 | Three (3) shotshells (1B14), recovered with weapon |
| K1 | .38 Special caliber Smith & Wesson revolver, Model 64, Serial Number BHJ6910 |
| K2 | 9mm Makarov pistol, unknown German manufacturer, Model Makarov, Serial Number F8539, with magazine |
| K3 | 12-Gauge Mossberg shotgun, Model 500A, Serial Number L825206 |

The results of the firearms examinations are included in this report. The results of other examinations, including shot pattern distance determinations, will be the subject of future reports.