UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

JERMAINE C. WILLIAMS, et al.,  :

    Defendants.    :

_____



### O R D E R

THIS CAUSE is before the Court on defendant **Lowen Espinueva's** Motion For Extension of Time to File Motions (filed December 20, 2000), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Counsel for defendant Espinueva shall have until January 17, 2001, within which to file pretrial motions.

DONE AND ORDERED at Fort Lauderdale, Florida, this 21 day of December, 2000.

                        LURANA S. SNOW
                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Lanigan (FTL)
AFPD Darryl Wilcox (FTL)
Barry Wax, Esq.