## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER 00-6312-Cr-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LOWEN ESPINUEVA,

    Defendant.
_____/



### NOTICE OF UNAVAILABILITY

    Barry M. Wax, counsel for the Defendant, **LOWEN ESPINUEVA**, hereby files this Notice of Unavailability for the following dates when counsel is specially set for trial:

    1.     March 12, 2001 through April 13, 2001: *United States of America v. Edwardo Lezcano, et al.*, case number 00-376-Cr-Lenard, specially set for trial in August, 2000. The Government has certified twenty trial days, exclusive of any defense case. There are five Defendants proceeding to trial in that matter.

    2.     June 11, 2001 through June 22, 2001: *State of Florida v. Richard Giordani* case number F00-16821B, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The Defendant is charged with First Degree Murder and Kidnapping. The State of Florida has announced its intention to seek the death penalty upon conviction. It is anticipated that the trial will last approximately two weeks.

    3.     July 2, 2001 through August 31, 2001: *United States of America v. Enrique Puche, et al.*, case number 00-933-Cr-Highsmith. This matter involves a seventeen defendant indictment charging Conspiracy to Commit Money Laundering. The Government has



LAW OFFICES OF
BARRY M. WAX

certified approximately forty-five trial days, exclusive of any defense cases which may be presented. As per Judge Highsmith's oral pronouncement on January 26, 2001, the July 2 trial date is tentative at this point in time.

Respectfully submitted,

**LAW OFFICES OF BARRY M. WAX**
201 South Biscayne Boulevard
Suite 1950
Miami, Florida 33131
(305) 373-4400

BY: _____
Barry M. Wax
Florida Bar No. 509485

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to Thomas Lanigan, Assistant United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394 on this 31th day of January, 2001.

BY: _____
Barry M. Wax

Notice of Unavailability


BARRY M. WAX

201 South Biscayne Boulevard • Suite 1950 • Miami, Florida 33131 • Tel: (305) 373-4400 • Fax (305) 373-6797 • E-Mail: barrywax@bellsouth.net