| CJA 24 (REV. 10/89) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST2000725 |
|---|---|---|---|
| 1. JURISDICTION | 1. ☐ MAGISTRATE  2. ☒ DISTRICT  3. ☐ APPEALS  4. ☐ OTHER | 2. MAG. DOCKET NO. 00-4244-BSS 02 | PAID BY MLC – 1/24/01 |
| 3. DISTRICT DOCKETING NO. 00-6312-CC-ROETTGER | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF UNITED STATES | vs. LOWEN ESPINUEVA | | |
| 7. PERSON REPRESENTED LOWEN ESPINUEVA | 8. LOCATION/ORGANIZATION CODE SD/FL | | DATE PAID 1/25/01 MV |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
TRIAL AND PRETRIAL HEARINGS AND MOTIONS

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
PRETRIAL DETENTION HEARING OF OCTOBER 30, 2000   DE# 29

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

[signature] ► 11/30/00
SIGNATURE OF ATTORNEY    DATE
ATTORNEY'S TELEPHONE NO. (305) 373-4400

1 ☐ FPD    2 ☐ CDO    3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY    5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

[signature] ►
SIGNATURE OF JUDGE OR MAGISTRATE
► 29 Dec 2000
DATE

FILED by _____ D.C.
CT. REP.
FEB - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS
A. Apportion ___ % of transcript with ___ | | 14. A.
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | | 14. B.
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | | 14. D.

**CLAIM FOR SERVICES**

| 15. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE) |
|---|---|
| ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other | U. S. Courthouse  299 E. Broward Blvd., 202B  Ft. Lauderdale, Fl. 33301 |
| 16. FULL NAME OF PAYEE  Carl Schanzleh | |
| 17. SOCIAL SECURITY OR EMPLOYER ID NO. OF PAYEE  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 | 19. TELEPHONE NO.  AREA CODE (954) NUMBER 769-5488 |

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1 – 69 | 69 | $ .75 | $ | $ | $ 51.75 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

| 21. CLAIMANT'S CERTIFICATION  I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher. | 22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the transcript was received. | 23. TOTAL CLAIMED  $ 51.75 |
|---|---|---|
| [signature] ► 1-10-01  CLAIMANT'S CERTIFICATION    DATE | [signature] ► 1/11/01  SIGNATURE OF ATTORNEY/CLERK OF COURT    DATE | |

| 24. APPROVED FOR PAYMENT ► [signature]  SIGNATURE OF PRESIDING JUDICIAL OFFICER | 17 Jan 2001  DATE | 25. AMT. APPROVED  $ 51.75 |