```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO: 00-6312-CR-ROETTGER
UNITED STATES OF AMERICA

v

JERMAINE C. WILLIAMS &
LOWEN ESPINUEVA
                                              NOTICE

_____/
```



FILED by ____ D.C.

2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TAKE NOTICE That a proceeding in this case has been set for <u>MONDAY MAY 14, 2001 at 10:00 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

    TRIAL

---

      CLARENCE MADDOX, CLERK

DATED: 5/02/01

    BY: *P. Hart*

      Deputy Clerk