UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v

JERMAINE C. WILLIAMS &
LOWEN ESPINUEVA



NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>MONDAY JUNE 4, 2001 at 10:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

    CALENDAR CALL FOR TRIAL PERIOD BEGINNING TUESDAY JUNE 5, 2001. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA.

---

CLARENCE MADDOX, CLERK

DATED: 5/10/01

BY: _P. Hart_

Deputy Clerk