UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

        DEFENDANTS.
_____/

**NIGHT BOX**
**FILED**

MAY 2 4 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

GOVERNMENT'S TENTH SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY
ORDER

        The United States of America, in response to the Standing
Discovery Order issued in this case file this tenth Supplemental
Response which is alphabetized and numbered to correspond to that
original order and states as follows:

        A 6. See attached report of mitochondrial DNA comparison
dated May 14, 2001 and *curriculum vitae* of Alice R. Isenberg.
Also attached is the nuclear DNA comparison dated May 21, 2001 and
*curriculum vitae* of Brendan F. Shea. Also attached is the
transcript and result of computerized voice stress analyzer of
Lowen Espinueva conducted October 23,2000. Also attached is the
crime scene diagram and testimony qualification sheet of James
Charles Brennan, the artist who drew the crime scene diagram.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

                By: _____
                        Thomas P. Lanigan
                        ASSISTANT UNITED STATES ATTORNEY

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 24th day of May ,2001 to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq. 201 S. Biscayne Blvd. Miami, FL 33131

Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI