**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER 00-6312-Cr-ROETTGER**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LOWEN ESPINUEVA,

    Defendant.

_____/

## NOTICE OF UNAVAILABILITY

Barry M. Wax, counsel for the Defendant, **LOWEN ESPINUEVA**, hereby files this Notice of Unavailability for the following dates when counsel is specially set for trial:

1. July 2, 2001 through August 31, 2001: *United States of America v. Enrique Puche, et al.*, case number 00-933-Cr-Highsmith. This matter involves a seventeen defendant indictment charging Conspiracy to Commit Money Laundering. The Government has certified approximately forty-five trial days, exclusive of any defense cases which may be presented.

2. September 17, 2001 through at least October 26, 2001: *United States of America v. Eduardo Lezcano, et al.*, case number 00-376-Cr-Lenard, specially reset for trial in May 2001. The Government has certified twenty trial days, exclusive of any defense case. There are five Defendants proceeding to trial in that matter all who have been pretrial detained since mid-2000.

3. November 5, 2001 through November 9, 2001: *United States of America v. James McCracken,* case number 00-10028-Cr-Highsmith. This matter involves an eleven



LAW OFFICES OF
BARRY M. WAX

201 South Biscayne Boulevard • Suite 1950 • Miami, Florida 33131 • Tel: (305) 373-4400 • Fax: (305) 373-6797 • E-Mail: barrywax@bellsouth.net

count indictment charging Conversion of Government Funds and Money Laundering. By Order dated May 7, 2001, Judge Highsmith scheduled this matter for trial, including the language, "The trial setting in this case is firm."

Respectfully submitted,

**LAW OFFICES OF BARRY M. WAX**
201 South Biscayne Boulevard
Suite 1950
Miami, Florida 33131
(305) 373-4400

BY: _____
Barry M. Wax
Florida Bar No. 509485

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Thomas Lanigan, Assistant United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394 and Daryl Wilcox, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301 on this 3/st day of May, 2001.

BY: _____
Barry M. Wax

