```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO: 00-6312-CR-ROETTGER
UNITED STATES OF AMERICA
```


v

JERMAINE C. WILLIAMS, ET AL

                                                                       NOTICE

_____/

    TAKE NOTICE That a proceeding in this case has been set for <u>MONDAY JANUARY 14, 2002 at 10:00 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

_____

TYPE OF PROCEEDING:

        SPECIAL SET TRIAL( NO CONTINUANCE WILL BE GRANTED. PLEASE READ TRIAL INSTRUCTIONS THAT ARE ATTACHED)

_____

                          CLARENCE MADDOX, CLERK

DATED: 8/23/01

                    BY: _____

                          Deputy Clerk

