HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida


FILED by _____ D.C.
JAN 4 2002
CLARENCE MADDOX
U.S. DIST. CT.
FT. LAUD.

### COURT MINUTES

Case No.: 00-6312-CR-NCR   Date: 1/4/02
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: _____   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Hanigan

Defendant(s): L. Espinueva (J)   Counsel: B. Wax

Reason For Hearing: Plea

Result of Hearing/Judgment: D plead & adj. as guilty. PSI ordered. Sent. set Friday March 15, 2002 at 1:30 p.m.

Misc.: _____

