**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6312-Cr-ROETTGER

02 FEB 26 PM 2:53

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

LOWEN ESPINUEVA,
        Defendant.
_____/

### NOTICE OF CHANGE OF ADDRESS AND LAW FIRM

BARRY M. WAX, counsel for the Defendant, hereby files this Notice of Change of Address and Law Firm. The Clerk of Court is hereby directed to henceforth send all notices of hearing to counsel at the following address:

Barry M. Wax
**LAW OFFICES OF SCHWARTZ & WAX**
3050 Biscayne Boulevard
Suite 901
Miami, Florida 33137
(305) 573-9573

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Thomas Lanigan, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394, and Daryl Wilcox Assistant Federal Public Defender, One East Broward Boulevard, Suite 1100, Ft. Lauderdale, Florida 33301, this 21st day of February, 2002.

Respectfully submitted,
**LAW OFFICES OF SCHWARTZ & WAX**
3050 Biscayne Boulevard
Suite 901
Miami, Florida 33137
(305)573-9573

BY: _____
Barry M. Wax
Florida Bar Number 0509485

**LAW OFFICES OF SCHWARTZ & WAX**

3050 Biscayne Boulevard • Suite 901 • Miami, Florida 33137 • Telephone (305) 573-9573 • Fax (305) 576-7255