HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida


FILED by _____ D.C.
MAR 18
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6312-CR-NCR      Date: 3/15/02
Courtroom Clerk: P. Hart      Court Reporter: Reeves
Probation Officer: present    Interpreter: _____

Plaintiff(s): U.S.A.          Counsel: Hanigan

Defendant(s): D. Espineuva (J)    Counsel: B. Wax

Reason For Hearing: Sentencing

Result of Hearing/Judgment: Cts 1+2 - 80 mos, concur.
Ct #3 - 120 mos concur to Cts 1+2.
No fine, assessed $300.00, Rest. 404,080.29
3 yrs S.R., search & seizure, substance
abuse, financial disclosure, full-time
employment. Rec: South FL or Coleman

Misc.: _____

84