IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
vs.                            )
                               )
LOWEN ESPINUEVA,               )    CASE NUMBER:
                               )    00-6312-CR-NCR
            Defendant.         )
                               )



Transcript of change of plea proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 4th day of January, 2002.

APPEARANCES OF COUNSEL:

   For the United States:      THOMAS P. LANIGAN, AUSA
                                             Fort Lauderdale, Florida

   For the Defendant:          BARRY WAX, ESQ.
                                             Fort Lauderdale, Florida

   Court Reporter:              Jerald J. Reeves, RPR

   Proceedings recorded by mechanical stenography.

   Transcription produced by computer.

# NOT

# SCANNED

PLEASE REFER TO COURT FILE